UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Miguel Elias Sanchez Gallego et al., <br><br> *Plaintiffs,* <br><br> -against- <br><br> Adyar Ananda Bhavean Corp., et al., <br><br> *Defendants.* | 16-cv-04631-AJN <br><br> **SATISFACTION OF** <br> **JUDGMENT** |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

*Whereas*, on January 10, 2019 this Court entered judgment in favor of Miguel Elias Sanchez Gallego and Raymundo Vazquez Angel, as Plaintiffs, and against Adyar Ananda Bhavan Corp., Anitha Gounder, Suthan Gounder, as Defendants, for the sum of **$170,250.49**, and said judgment has been fully paid and the sum of $0.00 remains unpaid,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York,

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of satisfaction on the docket of said judgment.

Dated: New York, New York
April 1, 2021

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael Faillace, Esq.
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
*Attorneys for Plaintiff/*
*Judgment Creditors*

Sworn to before me this
1st day of April 2021

_____
Notary Public

LANDRIT ALIBEGU
Notary Public - State of New York
NO. 01AL6399921
Qualified in Richmond County
My Commission Expires Nov 4, 2023

1